**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | : | Criminal No. <u>3:09CR346</u> |
| v. | : | <u>STATUS REPORT</u> |
| <u>Sheri Gore            </u> | : | |
| | | Judge James G. Carr |
| | : | |

Now come the undersigned for the government and defendant who advise the court, pursuant to prior order, that the status of this case is as follows:

<u>  X  </u>   Please set the case for a change of plea <u>as soon as possible.</u>

_____   Please refer this case to Judge _____ for scheduling a jury trial expected to last ____ trial days, commencing on or before_____.

_____   Additional time is required to _____
_____.
This is the _____ request for an extension.

<u>  X  </u>   The delay caused by this request is excludable for the following reasons pursuant to the indicated statutory authority. <u>Delay is necessary to allow adequate preparation and the delay is therefore excludable as in the interest of justice pursuant to 18 U.S.C. §3161(h)(8).</u>

_____   Upon completion of the period of delay approved herein, please refer this case to Judge _____ for scheduling a jury/bench trial expected to last ___ trial days, commencing on or before _____.

  X      Matter to be scheduled before U.S. Magistrate Judge Armstrong.
_____
_____
_____


/s/ Thomas O. Secor            /s/ Stevin Groth
Attorney for Government        Attorney for Defendant
Thomas O. Secor                Stevin Groth        **(signed per telephonic consent)**


**IT IS SO ORDERED:**

Rev. 5/30/91                   s/ James G. Carr
                               _____
                               U.S. Judge